RECEIVED
IN MONROE, LA
AUG 3 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **DELTRA HENDERSON** | **CIVIL ACTION NO. 07-1183** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **VENETIA MICHAELS, WARDEN** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 4], together with the written objections thereto filed with this Court [Doc. No. 5], and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment herein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus [Doc. No. 1] is DENIED AND DISMISSED WITH PREJUDICE as time-barred by the one-year limitation period codified at 28 U.S.C. § 2244(d).

MONROE, LOUISIANA, this 29th day of August, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE